JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
As the administrator of the estate of Joseph Courchesne Amanda Courchesne ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
As the mother and natural guardian of C.C. and J.C., infants under the age of eighteen Amanda Courchesne ;
Amanda Courchesne ;

**Defendant(s):**

First Listed Defendant:
Coos County ;
**County of Residence:** Outside This District

Additional Defendants(s):
Coos County Department of Corrections ;
Northern Human Services ;
Savannah Harrison ;
David Olson ;
Robert Soucy ;
Tyler Kelsea ;
James Dagesse ;
Zacharie Covill ;
Garrett Purrington ;
Richard Biron ;
Zachary Benoit ;
Scott Covey ;

**County Where Claim For Relief Arose:** Coos County

**Plaintiff's Attorney(s):**

Daniel C. Perrone (Amanda Courchesne)
Perrone Law LLC
3600 NJ-66, Suite 150
Neptune, New Jersey 07753
**Phone:** (833) 287-6748
**Fax:**
**Email:** dcp@theperronefirm.com

Arend R. Tensen
Cullenberg & Tensen, PLLC
199 Heater Road, Suite 2

**Defendant's Attorney(s):**

Lebanon, New Hampshire 03766
**Phone:** (603) 448-7100
**Fax:**
**Email:** tensen@nhvt-injurylaw.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 550 Prison Conditions

**Cause of Action:** 42 U.S.C. § 1983 for deliberately indifferent medical care; Violation of Title II & 3 of the ADA; medical malpractice and negligence; and Violation of the Rehabilitation Act of 1973

**Requested in Complaint**

    **Class Action:**  Not filed as a Class Action

    **Monetary Demand (in Thousands):**  In excess of $4,000,000

    **Jury Demand:**  Yes

    **Related Cases:**  Is NOT a refiling of a previously dismissed action

---

**Signature:** Daniel C. Perrone

**Date:**  March 6, 2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.